# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL ACTION NO. 3:09-CV-249-RJC-DCK

| | |
|---|---|
| WILLIAM HANLEY,<br><br>       Plaintiff<br>v.<br><br>SOLO CUP OPERATING COMPANY<br><br>       Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). The mediator, Gary Hemric, has advised the Court that the parties settled the case prior to mediation.

**IT IS, THEREFORE, ORDERED** that the parties shall file their stipulation of dismissal with the Court on or before November 20, 2009.

**IT IS SO ORDERED**.

Signed: October 22, 2009

David C. Keesler
United States Magistrate Judge